Argued and submitted March 5, affirmed April 22, reconsideration denied June 24, petition for review denied November 4, 1992 (314 Or 575)

## SIMRAL A. COOMBS,
*Appellant,*

*v.*

## Robert L. WRIGHT,
*Respondent.*

## (CV91-0195; CA A70121)
829 P2d 1056

Constance Crooker, Portland, argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. ORS 138.510(2)(b); *Bartz v. State of Oregon,* 110 Or App 614, 825 P2d 657 (1992).